HEATHER E. WILLIAMS, #122664
Federal Defender
JAYA GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SABINO RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SABINO RAMOS,<br><br>Defendant. | Case No.  1:21-cr-00210 JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER**<br><br>DATE:    May 27, 2022<br>TIME:     9:00 a.m.<br>JUDGE:  Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective

counsel, Assistant United States Attorney Christopher Baker, counsel for plaintiff, and Assistant

Federal Defender Jaya Gupta, counsel for defendant Sabino Ramos, that the sentencing hearing

currently set for April 29, 2022, be continued to May 27, 2022, at 9:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of defense

counsel.  Additional time is necessary for preparation of the PSR, continued defense

investigation, and because defense counsel will be in trial. Accordingly, the parties request a

continuance to May 27, 2022.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 23, 2022        */s/ Jaya Gupta*
                               JAYA GUPTA
                               Assistant Federal Defender
                               Attorney for Defendant
                               SABINO RAMOS

PHILLIP A. TALBERT
United States Attorney

Date: February 23, 2022        */s/ Christopher D. Baker*
                               CHRISTOPHER D. BAKER
                               Assistant United States Attorney
                               Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for April 29, 2022, is continued to May 27, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **February 23, 2022**

UNITED STATES DISTRICT JUDGE

Ramos-
Stipulation to Continue