1  HEATHER E. WILLIAMS (SBN 122664)
   Federal Defender
2  JAYA C. GUPTA (SBN 312138)
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721
4  Telephone: (559) 487-5561

5  Attorneys for Defendant
   SABINO RAMOS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA          Case No. 1:21-cr-00210-JLT-SKO

12          Plaintiff,                 STIPULATION TO CONTINUE
                                       SENTENCING; [PROPOSED] ORDER
13
                                       DATE:   May 23, 2022
14        v.                           TIME:   9:00 a.m.
                                       JUDGE:  Hon. Jennifer L. Thurston
15  SABINO RAMOS,

16          Defendant.

17

18

19       IT IS HEREBY STIPULATED by and between the parties through their respective

20  counsel of record that the sentencing hearing scheduled for May 23, 2022 at 9:00 a.m., be

21  continued to June 24, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston

22       //

23       //

24

25

26

27

28

1     The defense requires additional time to conduct investigation relating to sentencing. The

2   parties agree that a sentencing date of June 24, 2022, will allow sufficient time to complete the

3   necessary investigation. Accordingly, a continuance to June 24, 2022 is requested by the parties.

4         IT IS SO STIPULATED.

5

    Dated:  May 20, 2022
6
                                              */s/ Jaya Gupta*
7                                              JAYA C. GUPTA
                                              Assistant Federal Defender
8                                              Counsel for Defendant Sabino Ramos

9   Dated:  May 20, 2022
                                              */s/ Christopher D. Baker*
10                                             Christopher D. Baker
                                              Assistant United States Attorney
11                                             Counsel for Plaintiff
                                              United States of America

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant
SABINO RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:21-cr-00210-JLT-SKO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | DATE:   May 23, 2022<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Jennifer L. Thurston |
| SABINO RAMOS, | |
| Defendant. | |

**[~~PROPOSED~~] ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for May 23, 2022 at 9:00 a.m. is continued to June 24, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **May 23, 2022**

UNITED STATES DISTRICT JUDGE

Ramos:  Stipulation to Continue

3